# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin Russell Morrissey<br>aka Kevin Morrissey<br>aka Kevin R. Morrissey<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-15071 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,
                                      **/s/ Kevin G. McDonald, Esq.**
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322