United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin Russell Morrissey  
    Debtor

Case No. 19-15071-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 2     Date Rcvd: Sep 04, 2019  
                     Form ID: 309I     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db              Kevin Russell Morrissey,   1703 Barbara St,   Bethlehem, PA  18017-5223
tr             +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
ust            +United States Trustee,   Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,
                 Philadelphia, PA 19106-2908
14372670        AAA Anesthesia Associates,   PO Box 639447,   Cincinnati, OH  45263-9447
14372671        Alicia Barlip,   c/o Corriere & Andres LLC,   433 E Broad St,   Bethlehem, PA  18018-6336
14372673       +Bethlehem Area School District,   1516 Sycamore St,   Bethlehem, PA 18017-6099
14372678        Chase Slate,   PO Box 1423,   Charlotte, NC  28201-1423
14372679        City of Bethlehem,   Department of Public Works,   10 W Church St # 4,
                 Bethlehem, PA  18018-5864
14372680       +Client Services, Inc.,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
14372684        Health Network Laboratories,   PO Box 789581,   Philadelphia, PA  19178-9581
14372685        Hellertown Dental Group, LLC,   1213 Main St,   Hellertown, PA  18055-1320
14372687        Keystone Collections Group,   PO Box 499,   Irwin, PA  15642-0499
14372686        Keystone Collections Group,   PO Box 502,   Irwin, PA  15642-0502
14372688        LA Collections,   PO Box 2240,   Burlington, NC  27216-2240
14372689        Laboratory Corporation of America,   PO Box 2240,   Burlington, NC  27216-2240
14372690        Lehigh Valley Anesthesia Services, P.C.,   PO Box 8500,   Philadelphia, PA  19178-8500
14372691        Lehigh Valley Health Network,   PO Box 781733,   Philadelphia, PA  19178-1733
14372692        Michael L. Silverman, MD,   1112 Prospect Ave,   Melrose Park, PA  19027-3060
14372693       #Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA  18002-6314
14372694        Northland Group, Inc.,   PO Box 390846,   Minneapolis, MN  55439-0846
14372698        PNC Bank,   PO Box 6534,   Carol Stream, IL  60197-6534
14372696        Penn Credit Corporation,   PO Box 69703,   Harrisburg, PA  17106-9703
14372697        PennCredit,   PO Box 69703,   Harrisburg, PA  17106-9703
14372701        Portfolio Recovery Associates, LLC,   c/o Blatt, Hasenmiller, Leibsker & Moore,
                 1835 Market St Ste 501,   Philadelphia, PA  19103-2933
14372702        Professional Claims Bureau Inc,   PO Box 9060,   Hicksville, NY  11802-9060
14372703        Radius Global Solutions LLC,   PO Box 390846,   Minneapolis, MN  55439-0846
14372704        St Francis EKG,   PO Box 9500,   Philadelphia, PA  19124-0500
14372706        St. Francis Hospital,   1355 Adams Rd,   Bensalem, PA  19020-3912
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: david@dbsesq.com Sep 05 2019 03:04:12     DAVID B. SCHWARTZ,
                 Goodman Schwartz & Shaw LLC,   514 Fullerton Avenue,   Suite 2,   Whitehall, PA  18052
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 03:04:35
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2019 03:04:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14372672        EDI: BANKAMER.COM Sep 05 2019 06:58:00      Bank of America,   PO Box 15222,
                 Wilmington, DE  19886-5222
14372674        E-mail/Text: bankruptcy@cavps.com Sep 05 2019 03:04:45     Cavalry Portfolio Services,
                 PO Box 520,   Valhalla, NY  10595-0520
14374064       +E-mail/Text: bankruptcy@cavps.com Sep 05 2019 03:04:45     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14372675        EDI: CHASE.COM Sep 05 2019 06:58:00      Chase / Amazon,   PO Box 15298,
                 Wilmington, DE  19850-5298
14372676        EDI: CHASE.COM Sep 05 2019 06:58:00      Chase Bank USA NA,   PO Box 15298,
                 Wilmington, DE  19850-5298
14372677        EDI: CHASE.COM Sep 05 2019 06:58:00      Chase Card,   PO Box 15369,
                 Wilmington, DE  19850-5369
14372681       +EDI: CONVERGENT.COM Sep 05 2019 06:58:00      Convergent Outsourcing, INc.,
                 800 SW 39th St # 100,   Renton, WA 98057-4927
14372682        E-mail/Text: bankruptcy@frost-arnett.com Sep 05 2019 03:04:15     Frost-Arnett Company,
                 PO Box 198988,   Nashville, TN  37219-8988
14372683        EDI: RMSC.COM Sep 05 2019 06:58:00      GE Capital Retail Bank,   170 W Election Rd Ste 125,
                 Draper, UT  84020-6425
14372695        E-mail/Text: bankruptcy@onlineis.com Sep 05 2019 03:05:00     Online Information Services, Inc.,
                 PO Box 1489,   Winterville, NC  28590-1489
14372699        EDI: PRA.COM Sep 05 2019 06:58:00      Portfolio Recovery Associates LLC,
                 120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4962
14373663       +EDI: RMSC.COM Sep 05 2019 06:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14373945       +EDI: RMSC.COM Sep 05 2019 06:58:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Sep 04, 2019
                              Form ID: 309I            Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14372707        EDI: WTRRNBANK.COM Sep 05 2019 06:58:00      TD Bank USA/TargetCredit,    PO Box 660170,
                 Dallas, TX   75266-0170
14372708        EDI: WFFC.COM Sep 05 2019 06:58:00      Wells Fargo Bank, N.A.,    PO Box 14529,
                 Des Moines, IA    50306-3529
                                                                                           TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
                 Reading, PA 19606-2265
14372700*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   120 Corporate Blvd Ste 100,
                 Norfolk, VA   23502-4952)
14372705*       St. Francis EKG,   PO Box 9500,   Philadelphia, PA   19124-0500
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
```
          DAVID B. SCHWARTZ    on behalf of Debtor Kevin Russell Morrissey david@dbsesq.com,
           DBSchwartzesq@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin Russell Morrissey**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–6694**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**  **8/13/19** |
| Case number:   **19–15071–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                      12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin Russell Morrissey | |
| 2. | **All other names used in the last 8 years** | aka Kevin Morrissey, aka Kevin R. Morrissey | |
| 3. | **Address** | 1703 Barbara St<br>Bethlehem, PA 18017–5223 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID B. SCHWARTZ<br>Goodman Schwartz & Shaw LLC<br>514 Fullerton Avenue<br>Suite 2<br>Whitehall, PA 18052 | Contact phone 610 – 434 – 2023<br><br>Email:  david@dbsesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/4/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 1, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/30/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/22/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/9/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $271.82 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/14/19** at **10:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |