American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

Fed Status: Married, Exemptions: 6
NY Status: , Exemptions: 0
Direct Deposit:
TD BANK: $1,676.35

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA  18017

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date 07/19/2019

Check Number

VOID

Amount
$1,676.35

PAY  ***One Thousand Six Hundred Seventy Six & 35/100***********************************************

TO THE ORDER OF   KEVIN R MORRISSEY

NON-NEGOTIABLE

***DIRECT DEPOSIT ADVICE***

American Petroleum & Transport, Inc.    516-702-2073    FED. ID. NO:  11-3311504

| Employee Name | Emp. ID | Company: GSS1001 | | Check No. 0 | P/P: 07/01/2019-07/15/2019 |
|---|---|---|---|---|---|
| KEVIN R MORRISSEY | 58 | Group: | Loc: | Dept: | Check Date: 07/19/2019 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | | | 1,850.00 | 54,055.00 | Federal Tax | 30.83 | 6,175.12 |
| | | | | | Soc. Sec. Tax | 114.70 | 3,351.41 |
| | | | | | Medicare Tax | 26.82 | 783.79 |
| | | | | | NY State Tax | 0.00 | 351.07 |
| | | | | | NY SDI | 1.30 | 13.00 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,850.00 | 1,850.00 | 173.65 | 1,676.35 |
| Year-To-Date | 54,055.00 | | DIRECT DEPOSIT | 1,676.35 |



AMERICAN PETROLEUM & TRANSPORT INC.

Kevin R Morrissey

Mar 01-15, 2019

8073

6/3/2019

4,375.00

4,375.00

Empire National Bank



**American Petroleum & Transport, Inc.**
1 Serviceberry Court
Miller Place, NY 11764

Fed Status: Married, Exemptions: 6
NY Status: , Exemptions: 0
Direct Deposit:
TD BANK:                                 $4,721.08

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA 18017

---

**American Petroleum & Transport, Inc.**
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite B
Islandia, NY 11749

**Check Date** 05/21/2019     **Check Number**

**VOID**

PAY      ***Four Thousand Seven Hundred Twenty One & 8/100***************************************

TO THE ORDER OF     KEVIN R MORRISSEY

NON-NEGOTIABLE

**Amount** $4,721.08

***DIRECT DEPOSIT ADVICE***

---

American Petroleum & Transport, Inc.

| Employee Name | Emp. ID | Company | Check No. | P/P: 05/01/2019-05/15/2019 |
|---|---|---|---|---|
| KEVIN R MORRISSEY | 58 | GSS1001 | 0 | |
| Earnings | Hours | Hourly Rate | Group | Loc. | Dept. | Check Date: 05/21/2019 |

516-702-2073     FED. ID. NO: 11-3311504

| Earnings | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|
| REGULAR | 5,740.00 | 45,690.00 | Federal Tax | 578.51 | 5,395.28 |
| | | | Soc. Sec. Tax | 355.88 | 2,832.78 |
| | | | Medicare Tax | 83.23 | 662.50 |
| | | | NY State Tax | 0.00 | 351.07 |
| | | | NY SDI | 1.30 | 10.40 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 5,740.00 | 5,740.00 | 1,018.92 | 4,721.08 |
| Year-To-Date | 45,690.00 | | | 4,721.08 |

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

Fed Status: Married, Exemptions: 6
NY Status: , Exemptions: 0
Direct Deposit:
   TD BANK:     $1,799.87

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA 18017

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date: 04/04/2019
Check Number:

**VOID**

PAY    ***One Thousand Seven Hundred Ninety Nine & 87/100*********************************************

Amount: $1,799.87

TO THE ORDER OF: KEVIN R MORRISSEY

NON-NEGOTIABLE

***DIRECT DEPOSIT ADVICE***

American Petroleum & Transport, Inc.     516-702-2073     FED. ID. NO: 11-3311504

| Employee Name | Emp. ID | Company: GSS1001 | Check No. 0 | P/P: 03/16/2019-03/31/2019 |
|---|---|---|---|---|
| KEVIN R MORRISSEY | 58 | Group:   Loc.   Dept: | | Check Date: 04/04/2019 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | | | 2,000.00 | 39,950.00 | Federal Tax | 45.83 | 4,816.77 |
| | | | | | Soc. Sec. Tax | 124.00 | 2,476.90 |
| | | | | | Medicare Tax | 29.00 | 579.27 |
| | | | | | NY State Tax | 0.00 | 351.07 |
| | | | | | NY SDI | 1.30 | 9.10 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 2,000.00 | 2,000.00 | 200.13 | 1,799.87 |
| Year-To-Date | 39,950.00 | | DIRECT DEPOSIT | 1,799.87 |



Fed Status: Married, Exemptions: 5
NY Status: Exemptions: 0

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

KEVIN R MORRISSEY
1702 BARBARA ST.
BETHLEHEM, PA 18017

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date: 03/21/2019
Check Number: 450

PAY TO THE ORDER OF: KEVIN R MORRISSEY

***Five Thousand Seven Hundred Fifty Five & 23/100***

Amount: $5,755.23

#000450# :021414426: 013000201

| Employee Name | Emp. ID | Company | Check No. | FED. ID. NO. |
|---|---|---|---|---|
| KEVIN R MORRISSEY | 58 | GSS1001 | 450 | 11-3311604 |

516-702-2073    P/P 03/01/2019-03/15/2019    Check Date: 03/21/2019

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | | | 7,210.00 | 37,950.00 | Federal Tax | 901.91 | 4,770.94 |
| | | | | | Soc. Sec. Tax | 447.02 | 2,352.90 |
| | | | | | Medicare Tax | 104.54 | 550.27 |
| | | | | | NY State Tax | 0.00 | 361.02 |
| | | | | | NY SDI | 1.30 | 7.80 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 7,210.00 | 7,210.00 | 1,454.77 | 5,755.23 |
| Year-To-Date | 37,950.00 | | | |

Fed Status: Married, Exemptions: 6
NY Status: , Exemptions: 0

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA. 18017

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date: 03/06/2019
Check Number: 447

PAY   ***Four Thousand Eight & 46/100*************************************************

TO THE ORDER OF   KEVIN R MORRISSEY

Amount $4,008.46

⑆000447⑆  ⑈021414426⑈   0130000201⑈

| American Petroleum & Transport, Inc. | | | 516-702-2073 | | | FED. ID. NO: 11-3311504 | |
|---|---|---|---|---|---|---|---|
| Employee Name | | Emp. ID | Company: GSS1001 | Check No. 447 | | P/P: 02/16/2019-02/28/2019 | |
| KEVIN R MORRISSEY | | 58 | Group: | Loc. | Dept: | Check Date: 03/06/2019 | |
| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
| REGULAR | | | 4,740.00 | 30,740.00 | Federal Tax | 367.63 | 3,869.03 |
| | | | | | Soc. Sec. Tax | 293.88 | 1,905.88 |
| | | | | | Medicare Tax | 68.73 | 445.73 |
| | | | | | NY State Tax | 0.00 | 351.07 |
| | | | | | NY SDI | 1.30 | 6.50 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 4,740.00 | 4,740.00 | 731.54 | 4,008.46 |
| Year-To-Date | 30,740.00 | | | |

Fed Status: Married, Exemptions: 6
NY Status: , Exemptions: 0

#4

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA 18017

---

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date: 02/21/2019
Check Number: 445

PAY ***Five Thousand Four Hundred Thirty One & 61/100************************************

TO THE ORDER OF: KEVIN R MORRISSEY

Amount: $5,431.61

Signature: Stephen A. Burghi

"000445" :021414426: 013000020

---

American Petroleum & Transport, Inc.     516-702-2073     FED. ID. NO.: 11-3311504

Employee Name: KEVIN R MORRISSEY | Emp. ID: 58 | Company: GSS1001 | Group: | Loc: | Dept: | Check No.: 445 | Check Date: 02/21/2019 | P/P: 02/01/2019-02/15/2019

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | | | 6,750.00 | 26,000.00 | Federal Tax | 800.71 | 3,501.40 |
| | | | | | Soc. Sec. Tax | 418.50 | 1,612.00 |
| | | | | | Medicare Tax | 97.88 | 377.00 |
| | | | | | NY State Tax | 0.00 | 351.07 |
| | | | | | NY SDI | 1.30 | 5.20 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 6,750.00 | 6,750.00 | 1,318.39 | 5,431.61 |
| Year-To-Date | 26,000.00 | | | |

#3 ✓

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764

Fed Status: Married, Exemptions: 6
NY Status: Exemptions: 0

KEVIN R MORRISSEY
1703 BARBARA ST.
BETHLEHEM, PA 18017

---

American Petroleum & Transport, Inc.
1 Serviceberry Court
Miller Place, NY 11764
516-702-2073

Empire National Bank
1707 Veterans Highway, Suite 8
Islandia, NY 11749

Check Date: 02/06/2019
Check Number: 443

PAY ***Five Thousand Six Hundred Seven & 49/100***************************************

TO THE ORDER OF: KEVIN R MORRISSEY

Amount: $5,607.49

*Stephy A. Bayli* (signature)

⑆000443⑆ ⑈021414426⑇ 0130000201⑈

---

American Petroleum & Transport, Inc.    516-702-2073    FED ID NO: 11-3311501

| Employee Name | Emp. ID | Company | Check No. | P/P: |
|---|---|---|---|---|
| KEVIN R MORRISSEY | 58 | GSS1001 | 443 | 01/16/2019-01/31/2019 |
| | | Group:   Loc.   Dept: | Check Date: | 02/06/2019 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| REGULAR | | | 7,000.00 | 19,250.00 | Federal Tax | 855.71 | 2,700.69 |
| | | | | | Soc. Sec. Tax | 434.00 | 1,193.50 |
| | | | | | Medicare Tax | 101.50 | 279.12 |
| | | | | | NY State Tax | 0.00 | 351.07 |
| | | | | | NY SDI | 1.30 | 3.90 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 7,000.00 | 7,000.00 | 1,392.51 | 5,607.49 |
| Year-To-Date | 19,250.00 | | | |