Fill in this information to identify your case:

Debtor 1: **Kevin Russell Morrissey**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): **4:19-bk-15071**

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 **AAA Anesthesia Associates**<br>Nonpriority Creditor's Name<br><br>PO Box 639447<br>Cincinnati, OH 45263-9447<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | Last 4 digits of account number **4147**<br>When was the debt incurred? **09/28/2018**<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Medical Bill** | **$45.43** |

Debtor 1  **Morrissey, Kevin Russell**                                Case number (if known) **4:19-bk-15071**

| 4.2 | **Alicia Barlip** | Last 4 digits of account number **4944** | unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Neil E. Durkin**
**352 5th St Ste A**
**Whitehall, PA 18052-6518**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Civil Litigation**

---

| 4.3 | **Chase / Amazon** | Last 4 digits of account number **2129** | $2,219.84 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.4 | **Chase Bank USA NA** | Last 4 digits of account number **2701** | $25,637.34 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1   Morrissey, Kevin Russell            Case number (if known)   4:19-bk-15071

| 4.5 | Chase Card | Last 4 digits of account number | xxxx | $22,918.00 |

**Chase Card**
Nonpriority Creditor's Name

PO Box 15369
Wilmington, DE 19850-5369
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   xxxx

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

$22,918.00

---

| 4.6 | Chase Slate | Last 4 digits of account number | 3518 | $1,699.39 |

**Chase Slate**
Nonpriority Creditor's Name

PO Box 1423
Charlotte, NC 28201-1423
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.7 | GE Capital Retail Bank | Last 4 digits of account number | 9823 | $854.54 |

**GE Capital Retail Bank**
Nonpriority Creditor's Name

170 W Election Rd Ste 125
Draper, UT 84020-6425
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

Debtor 1  **Morrissey, Kevin Russell**  Case number (if known) **4:19-bk-15071**

---

| 4.8 | **Health Network Laboratories** | Last 4 digits of account number **2417** | **$4.00** |

Nonpriority Creditor's Name

When was the debt incurred? **09/28/2018**

**PO Box 789581**
**Philadelphia, PA 19178-9581**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

---

| 4.9 | **Hellertown Dental Group, LLC** | Last 4 digits of account number **0044** | **$1,075.00** |

Nonpriority Creditor's Name

When was the debt incurred? **01/2019**

**1213 Main St**
**Hellertown, PA 18055-1320**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Dental Bill**

---

| 4.10 | **Laboratory Corporation of America** | Last 4 digits of account number **2883** | **$92.82** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

Debtor 1  **Morrissey, Kevin Russell**    Case number (if known) **4:19-bk-15071**

---

| 4.11 | **Lehigh Valley Anesthesia Services, P.C.** | Last 4 digits of account number **8782** | **$45.43** |

Nonpriority Creditor's Name

When was the debt incurred? **09/28/2018**

**PO Box 8500**
**Philadelphia, PA 19178-8500**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes

■ Other. Specify  **Medical Bill**

---

| 4.12 | **Lehigh Valley Health Network** | Last 4 digits of account number **xxx** | **$361.59** |

Nonpriority Creditor's Name

When was the debt incurred? **9/28/2018-11/2/2018**

**PO Box 781733**
**Philadelphia, PA 19178-1733**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes

■ Other. Specify  **Medical Bill**

---

| 4.13 | **Lehigh Valley Health Network** | Last 4 digits of account number **0938** | **$230.00** |

Nonpriority Creditor's Name

When was the debt incurred? **03/17/2017**

**PO Box 781733**
**Philadelphia, PA 19178-1733**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes

■ Other. Specify  **Medical Bill**

---

Debtor 1  **Morrissey, Kevin Russell**　　　　　　　　　　　Case number (if known)  **4:19-bk-15071**

---

| 4.14 | **Lehigh Valley Health Network** | Last 4 digits of account number  **2804** | **$20.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **03/28/2017**

**PO Box 781733**
**Philadelphia, PA 19178-1733**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only　　　　　　　　　　☐ Contingent
☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated
☐ Debtor 1 and Debtor 2 only　　　 ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes　　　　　　　　　　■ Other. Specify  **Medical Bill**

---

| 4.15 | **Lehigh Valley Health Network** | Last 4 digits of account number  **0296** | **$63.50** |

Nonpriority Creditor's Name

When was the debt incurred?  **09/28/2018**

**PO Box 781733**
**Philadelphia, PA 19178-1733**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only　　　　　　　　　　☐ Contingent
☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated
☐ Debtor 1 and Debtor 2 only　　　 ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes　　　　　　　　　　■ Other. Specify  **Medical Bill**

---

| 4.16 | **Lehigh Valley Health Network** | Last 4 digits of account number  **8813** | **$19.22** |

Nonpriority Creditor's Name

When was the debt incurred?  **11/02/2018**

**PO Box 781733**
**Philadelphia, PA 19178-1733**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only　　　　　　　　　　☐ Contingent
☐ Debtor 2 only　　　　　　　　　　☐ Unliquidated
☐ Debtor 1 and Debtor 2 only　　　 ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:
☐ Student loans

☐ Check if this claim is for a community debt

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes　　　　　　　　　　■ Other. Specify  **Medical Bill**

Debtor 1  **Morrissey, Kevin Russell**  Case number (if known)  **4:19-bk-15071**

| 4.17 | **Lehigh Valley Physicians Group** | Last 4 digits of account number **3626** | **$13.37** |

Nonpriority Creditor's Name

When was the debt incurred? **09/14/2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

---

| 4.18 | **Lehigh Valley Physicians Group** | Last 4 digits of account number **8404** | **$265.50** |

Nonpriority Creditor's Name

When was the debt incurred? **09/28/2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

---

| 4.19 | **Michael L. Silverman, MD** | Last 4 digits of account number **S208** | **$119.30** |

Nonpriority Creditor's Name

**1112 Prospect Ave
Melrose Park, PA 19027-3060**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill**

Debtor 1  **Morrissey, Kevin Russell**                                    Case number (if known)  **4:19-bk-15071**

---

| 4.20 | **Physician Diagnostic Imaging** | Last 4 digits of account number | **8740** | **$288.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **12/20/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

| 4.21 | **St Francis EKG** | Last 4 digits of account number | **1145** | **$40.00** |

Nonpriority Creditor's Name

**PO Box 9500**
**Philadelphia, PA 19124-0500**

When was the debt incurred?  **12/20/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

| 4.22 | **St. Francis Hospital** | Last 4 digits of account number | **0208** | **$1,451.71** |

Nonpriority Creditor's Name

**1355 Adams Rd**
**Bensalem, PA 19020-3912**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

Debtor 1   Morrissey, Kevin Russell                                              Case number (if known)   4:19-bk-15071

| 4.23 | TD Bank USA/TargetCredit | Last 4 digits of account number | 2223 | $200.00 |

Nonpriority Creditor's Name

PO Box 660170
Dallas, TX 75266-0170
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit line

---

| 4.24 | Wells Fargo | Last 4 digits of account number | 1793 | $6,403.88 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.25 | Wells Fargo Bank | Last 4 digits of account number | 9478 | $9,592.93 |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal Line of Credit

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                                    On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | Morrissey, Kevin Russell | | Case number (if known) | **4:19-bk-15071** |

Alicia Barlip
202 Held St
Lehighton, PA 18235-2821

Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4944**

---

Name and Address
**Cavalry Portfolio Services**
PO Box 520
Valhalla, NY 10595-0520

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **9823**

---

Name and Address
**Client Services, Inc.**
3451 Harry S Truman Blvd
Saint Charles, MO 63301-4047

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2701**

---

Name and Address
**Convergent Outsourcing, INc.**
800 SW 39th St # 100
Renton, WA 98057-4975

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **9823**

---

Name and Address
**Frost-Arnett Company**
PO Box 198988
Nashville, TN 37219-8988

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4147**

---

Name and Address
**LA Collections**
PO Box 2240
Burlington, NC 27216-2240

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2883**

---

Name and Address
**Nationwide Credit, Inc.**
PO Box 26314
Lehigh Valley, PA 18002-6314

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2701**

---

Name and Address
**Northland Group, Inc.**
PO Box 390846
Minneapolis, MN 55439-0846

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **9823**

---

Name and Address
**Online Information Services, Inc.**
PO Box 1489
Winterville, NC 28590-1489

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **8740**

---

Name and Address
**Penn Credit Corporation**
PO Box 69703
Harrisburg, PA 17106-9703

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **0296**

---

Name and Address
**Penn Credit Corporation**
PO Box 69703
Harrisburg, PA 17106-9703

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **8813**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **Morrissey, Kevin Russell**

Case number (if known)  **4:19-bk-15071**

| | | |
|---|---|---|
| **PennCredit**<br>PO Box 69703<br>Harrisburg, PA 17106-9703 | Line **4.17** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 3626 |
| Name and Address<br>**PennCredit**<br>PO Box 69703<br>Harrisburg, PA 17106-9703 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 8404 |
| Name and Address<br>**Professional Claims Bureau Inc**<br>PO Box 9060<br>Hicksville, NY 11802-9060 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0208 |
| Name and Address<br>**Radius Global Solutions LLC**<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 9823 |
| Name and Address<br>**St. Francis EKG**<br>PO Box 9500<br>Philadelphia, PA 19124-0500 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 1145 |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 73,660.79 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 73,660.79 |