IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )  CASE NO: 19-15071
KEVIN RUSSELL MORRISSEY,              )
                                      )  Chapter 13
                 Debtor               )

## CERTIFICATION OF SERVICE

I, David B. Schwartz, Esquire, do hereby certify that on November 8, 2019, a true and correct copy of the Debtors' Amended Schedule C – The Property You Claim as Exempt, Amended Schedule I – Your Income and Amended Schedule J – Your Expenses in the above-captioned matter were served upon the following parties at the listed addresses Via ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

Dated: 11/8/2019

David B. Schwartz, Esquire
Attorney for Debtor
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Telephone No.: 610-434-2023
Fax No.: (610) 432-4552
I.D. No.: 25490