<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>
December 23, 2019
From: United States Bankruptcy Court, Eastern District of Pennsylvania
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice
In re: Kevin Russell Morrissey, Case Number 19-15071, amc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court Reading</u>
<u>400 Washington Street, Suite 300</u>
<u>Reading, PA 19601</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

Lehigh Valley Anesthesia Services, P.C.
PO Box 8500
Philadelphia, PA 19178-8500

<u>Lehigh Valley Anesthesia Services, P.C.</u>

<u>Cedar Crest & I-78, PO Box 689</u>

<u>Central Utilities Building, 2nd Floor</u>

<u>Allentown, PA 18105-1556</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

St. Francis Hospital
1355 Adams Rd
Bensalem, PA 19020-3912

<u>St. Francis Hospital</u>

<u>701 N. Clayton Street</u>

<u>Wilmington, DE 19805</u>

_____    12-30-19
Signature of Debtor or Debtor's Attorney    Date