United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15071-amc
Kevin Russell Morrissey                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Feb 05, 2020
                              Form ID: 152            Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.

```
db              Kevin Russell Morrissey,    1703 Barbara St,    Bethlehem, PA  18017-5223
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14372670        AAA Anesthesia Associates,    PO Box 639447,    Cincinnati, OH  45263-9447
14372671        Alicia Barlip,   c/o Corriere & Andres LLC,    433 E Broad St,    Bethlehem, PA  18018-6336
14398342       +Alicia Barlip aka Alicia Balk,    Neil Durkin Law Office,    601 Longwood Avenue,
                 Cherry Hill, NJ 08002-2871
14392621        Bank Of America, N.A.,    C/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14372672        Bank of America,    PO Box 15222,    Wilmington, DE  19886-5222
14393047        Bank of America NA,    c/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14402358        Bank of America, N.A.,    P.O. Box 31785,    Tampa FL 33631-3785
14412012       +Bethlehem Area School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
14372673       +Bethlehem Area School District,    1516 Sycamore St,    Bethlehem, PA 18017-6099
14372675        Chase / Amazon,    PO Box 15298,    Wilmington, DE  19850-5298
14372676        Chase Bank USA NA,    PO Box 15298,    Wilmington, DE  19850-5298
14372677        Chase Card,    PO Box 15369,    Wilmington, DE  19850-5369
14372678        Chase Slate,    PO Box 1423,    Charlotte, NC  28201-1423
14372679        City of Bethlehem,    Department of Public Works,    10 W Church St # 4,
                 Bethlehem, PA  18018-5864
14412016       +City of Bethlehem,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14372684        Health Network Laboratories,    PO Box 789581,    Philadelphia, PA  19178-9581
14372685        Hellertown Dental Group, LLC,    1213 Main St,    Hellertown, PA  18055-1320
14372686        Keystone Collections Group,    PO Box 502,    Irwin, PA  15642-0502
14372687        Keystone Collections Group,    PO Box 499,    Irwin, PA  15642-0499
14372688        LA Collections,    PO Box 2240,    Burlington, NC  27216-2240
14372689        Laboratory Corporation of America,    PO Box 2240,    Burlington, NC  27216-2240
14372690        Lehigh Valley Anesthesia Services, P.C.,    Cedar Crest & I-78, PO Box 689,
                 Central Utilities Building, 2nd Floor,    Allentown PA 18105-1556
14372691        Lehigh Valley Health Network,    PO Box 781723,    Philadelphia, PA  19178-1733
14372692        Michael L. Silverman, MD,    1112 Prospect Ave,    Melrose Park, PA  19027-3060
14372694        Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN  55439-0846
14379152       +PNC  Bank National Association,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14378476       +PNC BANK NATIONAL  ASSOCIATION,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14372698        PNC Bank,    PO Box 6534,    Carol Stream, IL  60197-6534
14408520       +PNC Bank, National Association,    Attn: Bankruptcy,    P.O. Box 94982,
                 Cleveland, OH 44101-4982
14399677       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14372696        Penn Credit Corporation,    PO Box 69703,    Harrisburg, PA  17106-9703
14372697        PennCredit,    PO Box 69703,    Harrisburg, PA  17106-9703
14372701        Portfolio Recovery Associates, LLC,    c/o Blatt, Hasenmiller, Leibsker & Moore,
                 1835 Market St Ste 501,    Philadelphia, PA  19103-2933
14372702        Professional Claims Bureau Inc,    PO Box 9060,    Hicksville, NY  11802-9060
14372703        Radius Global Solutions LLC,    PO Box 390846,    Minneapolis, MN  55439-0846
14372704        St Francis EKG,    PO Box 9500,    Philadelphia, PA  19124-0500
14372706       +St. Francis Hospital,    701 N. Clayton Street,    Wilmington PA 19805-3155
14372707        TD Bank USA/TargetCredit,    PO Box 660170,    Dallas, TX  75266-0170
14405180        Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
14372708        Wells Fargo Bank, N.A.,    PO Box 14529,    Des Moines, IA  50306-3529
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14406514        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:03:35
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14372674        E-mail/Text: bankruptcy@cavps.com Feb 06 2020 03:59:09     Cavalry Portfolio Services,
                 PO Box 520,    Valhalla, NY  10595-0520
14374064       +E-mail/Text: bankruptcy@cavps.com Feb 06 2020 03:59:09     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2                 Date Rcvd: Feb 05, 2020
                              Form ID: 152              Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14372680     +E-mail/Text: mediamanagers@clientservices.com Feb 06 2020 03:57:43     Client Services, Inc.,
              3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
14372681     +E-mail/Text: convergent@ebn.phinsolutions.com Feb 06 2020 03:59:17
              Convergent Outsourcing, INc.,    800 SW 39th St # 100,    Renton, WA 98057-4927
14372682      E-mail/Text: bankruptcy@frost-arnett.com Feb 06 2020 03:57:40     Frost-Arnett Company,
              PO Box 198988,    Nashville, TN 37219-8988
14372683      E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:05:30     GE Capital Retail Bank,
              170 W Election Rd Ste 125,    Draper, UT 84020-6425
14372695      E-mail/Text: bankruptcy@onlineis.com Feb 06 2020 03:59:37     Online Information Services, Inc.,
              PO Box 1489,   Winterville, NC 28590-1489
14372699      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:01:13
              Portfolio Recovery Associates LLC,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
14407887      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 04:05:45
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14373663     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:00:57     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14373945     +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 04:05:29     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14372700*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 100,
              Norfolk, VA 23502-4952)
14409056*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
14372705*     St. Francis EKG,    PO Box 9500,    Philadelphia, PA 19124-0500
14372693     ##Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
```
              DAVID B. SCHWARTZ    on behalf of Debtor Kevin Russell Morrissey david@dbsesq.com,
               DBSchwartzesq@aol.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin Russell Morrissey

    Debtor(s)

Case No: 19−15071−amc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

30 − 27
Form 152