**Fill in this information to identify your case:**

Debtor 1  **Kevin Russell Morrissey**
First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number  **4:19-bk-15071**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Kevin Russell Morrissey**                          X _____
**Kevin Russell Morrissey**                                   Signature of Debtor 2
Signature of Debtor 1

Date  **May 26, 2020**                                        Date _____