Certificate Number: 05781-PAE-DE-034531396

Bankruptcy Case Number: 19-15071



05781-PAE-DE-034531396

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 5, 2020</u>, at <u>3:01</u> o'clock <u>PM PDT</u>, <u>Kevin Morrissey</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 5, 2020</u>          By:   <u>/s/Allison M Geving</u>

                                          Name: <u>Allison M Geving</u>

                                          Title:  <u>President</u>