| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15071-PMM**

KEVIN RUSSELL MORRISSEY
1703 BARBARA ST
BETHLEHEM  PA    18017-5223

Petition Filed Date: 08/13/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 05/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/11/2019 | $271.82 | | 10/23/2019 | $271.82 | | 11/14/2019 | $271.82 | |
| 12/13/2019 | $224.87 | | 01/14/2020 | $225.00 | | 02/10/2020 | $225.00 | |
| 03/23/2020 | $225.00 | | 04/13/2020 | $225.00 | | 05/18/2020 | $631.00 | |
| 06/11/2020 | $631.00 | | 07/10/2020 | $631.00 | | 08/10/2020 | $631.00 | |

**Total Receipts for the Period: $4,464.33    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,464.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $854.54 | $0.00 | $854.54 |
| 2 | ALICIA BARLIP AKA ALICIA BALK<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $157.06 | $61.54 | $95.52 |
| 4 | BANK OF AMERICA  N.A.<br>»» 004 | Mortgage Arrears | $913.35 | $427.84 | $485.51 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $92.82 | $0.00 | $92.82 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Secured Creditors | $1,753.08 | $821.19 | $931.89 |
| 8 | PNC BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Secured Creditors | $3,499.66 | $1,639.34 | $1,860.32 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Secured Creditors | $52.00 | $20.37 | $31.63 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Secured Creditors | $519.36 | $243.28 | $276.08 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 012 | Secured Creditors | $518.14 | $242.71 | $275.43 |

**Chapter 13 Case No. 19-15071-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,464.33 | Current Monthly Payment: | $631.00 |
| Paid to Claims: | $3,456.27 | Arrearages: | $0.00 |
| Paid to Trustee: | $424.15 | Total Plan Base: | $19,600.00 |
| Funds on Hand: | $583.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.