**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin Russell Morrissey aka Kevin Morrissey aka Kevin R. Morrissey | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-15071 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Dec 2020, 16:23:56, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322