Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-15071-PMM**

KEVIN RUSSELL MORRISSEY  
1703 BARBARA ST  
BETHLEHEM  PA    18017-5223  

Petition Filed Date: 08/13/2019  
341 Hearing Date: 10/01/2019  
Confirmation Date: 05/28/2020  

Case Status: Completed on 4/16/2021
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $225.00 | | 02/10/2020 | $225.00 | | 03/23/2020 | $225.00 | |
| 04/13/2020 | $225.00 | | 05/18/2020 | $631.00 | | 06/11/2020 | $631.00 | |
| 07/10/2020 | $631.00 | | 08/10/2020 | $631.00 | | 09/11/2020 | $631.00 | |
| 10/13/2020 | $631.00 | | 11/12/2020 | $632.00 | | 12/15/2020 | $632.00 | |
| 01/14/2021 | $632.00 | | 02/18/2021 | $632.00 | | 03/16/2021 | $632.00 | |
| 04/16/2021 | $632.00 | | | | | | | |

**Total Receipts for the Period:  $8,478.00   Amount Refunded to Debtor Since Filing:  $401.63   Total Receipts Since Filing: $9,518.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $854.54 | $854.54 | $0.00 |
| 2 | ALICIA BARLIP AKA ALICIA BALK<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PNC BANK NA<br>»» 003 | Mortgage Arrears | $157.06 | $157.06 | $0.00 |
| 4 | BANK OF AMERICA  N.A.<br>»» 004 | Mortgage Arrears | $913.35 | $913.35 | $0.00 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ASHLEY FUNDING SVCS LLC<br>»» 006 | Unsecured Creditors | $92.82 | $92.82 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Secured Creditors | $1,753.08 | $1,753.08 | $0.00 |
| 8 | PNC BANK<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Secured Creditors | $3,499.66 | $3,499.66 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 010 | Secured Creditors | $52.00 | $52.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Secured Creditors | $519.36 | $519.36 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 012 | Secured Creditors | $518.14 | $518.14 | $0.00 |
| 0 | KEVIN RUSSELL MORRISSEY | Debtor Refunds | $401.63 | $401.63 | $0.00 |

Chapter 13 Case No. 19-15071-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,518.33 | Current Monthly Payment: | $631.00 |
| Paid to Claims: | $8,761.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $756.69 | Total Plan Base: | $19,600.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.