United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Kevin Russell Morrissey

    Debtor

Case No. 19-15071-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin          Page 1 of 3

Date Rcvd: Jul 26, 2021          Form ID: 138NEW          Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Kevin Russell Morrissey, 1703 Barbara St, Bethlehem, PA 18017-5223 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14372670 | | AAA Anesthesia Associates, PO Box 639447, Cincinnati, OH 45263-9447 |
| 14372671 | | Alicia Barlip, c/o Corriere & Andres LLC, 433 E Broad St, Bethlehem, PA 18018-6336 |
| 14398342 | + | Alicia Barlip aka Alicia Balk, Neil Durkin Law Office, 601 Longwood Avenue, Cherry Hill, NJ 08002-2871 |
| 14570370 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14392621 | | Bank Of America, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14372672 | | Bank of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 14393047 | | Bank of America NA, c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14402358 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14570629 | + | Bank of America, NA, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14412012 | + | Bethlehem Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14372673 | + | Bethlehem Area School District, 1516 Sycamore St, Bethlehem, PA 18017-6099 |
| 14372679 | | City of Bethlehem, Department of Public Works, 10 W Church St # 4, Bethlehem, PA 18018-5864 |
| 14412016 | + | City of Bethlehem, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14372684 | | Health Network Laboratories, PO Box 789581, Philadelphia, PA 19178-9581 |
| 14372685 | | Hellertown Dental Group, LLC, 1213 Main St, Hellertown, PA 18055-1320 |
| 14372687 | | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 14372686 | | Keystone Collections Group, PO Box 502, Irwin, PA 15642-0502 |
| 14372688 | | LA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 14372689 | | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 14372690 | | Lehigh Valley Anesthesia Services, P.C., Cedar Crest & I-78, PO Box 689, Central Utilities Building, 2nd Floor, Allentown PA 18105-1556 |
| 14372691 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 14372692 | | Michael L. Silverman, MD, 1112 Prospect Ave, Melrose Park, PA 19027-3060 |
| 14372694 | | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14379152 | + | PNC Bank National Association, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14378476 | + | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14372698 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14372696 | | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 14372697 | | PennCredit, PO Box 69703, Harrisburg, PA 17106-9703 |
| 14372701 | | Portfolio Recovery Associates, LLC, c/o Blatt, Hasenmiller, Leibsker & Moore, 1835 Market St Ste 501, Philadelphia, PA 19103-2933 |
| 14372702 | | Professional Claims Bureau Inc, PO Box 9060, Hicksville, NY 11802-9060 |
| 14372703 | | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14372704 | | St Francis EKG, PO Box 9500, Philadelphia, PA 19124-0500 |
| 14372706 | + | St. Francis Hospital, 701 N. Clayton Street, Wilmington PA 19805-3155 |
| 14372707 | | TD Bank USA/TargetCredit, PO Box 660170, Dallas, TX 75266-0170 |
| 14372708 | | Wells Fargo Bank, N.A., PO Box 14529, Des Moines, IA 50306-3529 |

District/off: 0313-4

Date Rcvd: Jul 26, 2021

User: admin

Form ID: 138NEW

Page 2 of 3

Total Noticed: 63

| 14405180 | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 West Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |
|---|---|

**TOTAL: 43**

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2021 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14406514 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:34:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14372674 | | Email/Text: bankruptcy@cavps.com | Jul 26 2021 23:31:00 | Cavalry Portfolio Services, PO Box 520, Valhalla, NY 10595-0520 |
| 14374064 | + | Email/Text: bankruptcy@cavps.com | Jul 26 2021 23:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14372680 | + | Email/Text: mediamanagers@clientservices.com | Jul 26 2021 23:30:00 | Client Services, Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 14372681 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 26 2021 23:31:00 | Convergent Outsourcing, INc., 800 SW 39th St # 100, Renton, WA 98057-4927 |
| 14372682 | | Email/Text: bankruptcy@frost-arnett.com | Jul 26 2021 23:30:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 14372683 | | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:05 | GE Capital Retail Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 14372675 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Chase / Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14372676 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 14372677 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Chase Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 14372678 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:58 | Chase Slate, PO Box 1423, Charlotte, NC 28201-1423 |
| 14372695 | | Email/Text: bankruptcy@onlineis.com | Jul 26 2021 23:31:00 | Online Information Services, Inc., PO Box 1489, Winterville, NC 28590-1489 |
| 14399677 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 23:30:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14408520 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 26 2021 23:30:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 14372699 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:34:05 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14407887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:34:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14373945 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14373663 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14372700 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14409056 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14372705 | * | St. Francis EKG, PO Box 9500, Philadelphia, PA 19124-0500 |
| 14372693 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID B. SCHWARTZ | on behalf of Debtor Kevin Russell Morrissey david@dbsesq.com  DBSchwartzesq@aol.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kevin Russell Morrissey

                Debtor(s)

Bankruptcy No: 19−15071−pmm

Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 7/26/21

51 − 50
Form 138_new
