| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Kevin Russell Morrissey | Case Number:<br><br>4:2019-bk-15071 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ＿ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **6461**  UCID: **WFCHEQ1915071PAE66946461** | | ＿ Check this box if the account number has changed. |
| 2.  Court Claim Number: **5** | | |
| 3.  Signature:<br><br>Check the appropriate box.<br>   X  I am the creditor.<br>      I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas          Date: 02/02/2022<br>     VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                    CASE NO.:     19-15071

**Kevin Russell Morrissey**                 CHAPTER:     13

**Debtor(s).**

_____/

### CERTIFICATE OF SERVICE

I hereby certify that on or before February 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                           *By U.S. Postal Service First Class Mail Postage Prepaid:*

Kevin Russell Morrissey
1703 Barbara St
Bethlehem, PA 18017-5223

*Debtor's Attorney:*             *By CM / ECF Filing:*

DAVID B. SCHWARTZ
Goodman Schwartz and Shaw LLC
514 Fullerton Avenue
Suite 2
Whitehall, PA 18052

*Trustee:*                         *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)